



# MEMORANDUM OPINION

No. 04-11-00356-CV

**IN RE** Alfredo **ESPINOZA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  June 1, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On May 23, 2011, relator Alfredo Espinoza filed a petition for writ of mandamus. The court has determined that relator is not entitled to the relief sought. Therefore, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-05254, *In the Interest of L.R.E., A Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding. However, the order complained of was signed by the Honorable Janet Littlejohn, presiding judge of the 150th Judicial District Court, Bexar County, Texas.